**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                  Case No.
                                                                                        Chapter   7

    Ricardo Zambrano
    Ana Yulen Calderon

_____Debtor(s)_____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

__x__ Copies of all payment advices **are not** attached because the debtor:
    ___ receives disability payments
    _x_ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    ___ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

__x__ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
____receives disability payments
____is unemployed and does not receive unemployment compensation
____receives Social Security payments
____receives a pension
____does not work outside the home
____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).**

____/s/ LAWRENCE A. LEVINE____        Date:____1/31/2014____
Signature of Attorney or Debtor  Lawrence A. Levine 193185

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000050061 | 1 |

# Earnings Statement



MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning:   12/01/2013
Period Ending:      12/31/2013
Pay Date:           01/31/2014

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  1
  FL:       No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number:  XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 1,250.00 | 1,250.00 |
| Regular | | | | 7,078.11 |
| **Gross Pay** | | | **$1,250.00** | 8,328.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.81 | 675.72 |
| | Social Security Tax | -77.50 | 486.77 |
| | Medicare Tax | -18.12 | 113.84 |
| | Other | | |
| | 401K | -75.00* | 499.68 |
| | Hmo Medical | | 485.10 |
| | **Net Pay** | **$1,009.57** | |
| | Checking 1 | -1,009.57 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | | 8.10 |
| 401K Match | | 124.92 |
| Sick Bal | | 3.46 |
| Vacation Bal | | 13.86 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,175.00

© 2000 ADP, Inc.

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:   00000050061
Pay date:        01/31/2014

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2252 | xxxx xxxx | $1,009.57 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO | 036 |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000030064 | 1 |

## Earnings Statement

ADP

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning: 12/28/2013
Period Ending: 01/10/2014
Pay Date: 01/17/2014

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    1
    FL:        No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number: XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 4,718.74 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$2,359.37** | 4,718.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.97 | 403.94 |
| | Social Security Tax | -136.43 | 272.85 |
| | Medicare Tax | -31.90 | 63.81 |
| | Other | | |
| | Hmo Medical | -161.70* | 323.40 |
| | 401K | -141.56* | 283.12 |
| | **Net Pay** | **$1,685.81** | |
| | Checking 1 | -1,685.81 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.70 | 5.40 |
| 401K Match | | 70.78 |
| Sick Bal | | 1.92 |
| Vacation Bal | | 9.24 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Wed 01/01 | HOLDAY | | | | 8.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,056.11

© 2000 ADP, Inc

MOREDIRECT , INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:    00000030064
Pay date:         01/17/2014

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2252 | xxxx xxxx | $1,685.81 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 035 |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000010064 | |

### Earnings Statement 

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning:  12/14/2013
Period Ending:     12/27/2013
Pay Date:          01/03/2014

Taxable Marital Status:  Married
Exemptions/Allowances:
 Federal:  1
 FL:       No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number:  XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 2,359.37 |
| Holiday | | 8.00 | | |
| Vacation | | 24.00 | | |
| **Gross Pay** | | | **$2,359.37** | 2,359.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.97 | 201.97 |
| | Social Security Tax | -136.42 | 136.42 |
| | Medicare Tax | -31.91 | 31.91 |
| | **Other** | | |
| | Hmo Medical | -161.70* | 161.70 |
| | 401K | -141.56* | 141.56 |
| | **Net Pay** | **$1,685.81** | |
| | Checking 1 | -1,685.81 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.70 | 2.70 |
| 401K Match | | 35.39 |
| Sick Bal | | 0.38 |
| Vacation Bal | | 4.62 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 12/23 | VACTON | | | | 8.00 |
| Tue | 12/24 | VACTON | | | | 8.00 |
| Wed | 12/25 | HOLDAY | | | | 8.00 |
| Thu | 12/26 | VACTON | | | | 8.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,056.11

© 2000 ADP, Inc

---

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:  00000010064
Pay date:       01/03/2014

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2252 | xxxx  xxxx | $1,685.81 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.                                **NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 036 |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000510064 | 1 |

# Earnings Statement



MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning:  11/30/2013
Period Ending:     12/13/2013
Pay Date:          12/20/2013

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  1
  FL:       No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number:  XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 60,882.10 |
| Bonus | | | | 5,815.00 |
| **Gross Pay** | | | **$2,359.37** | 66,697.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206.08 | 5,609.49 |
| | Social Security Tax | -137.39 | 3,904.11 |
| | Medicare Tax | -32.13 | 913.06 |
| | **Other** | | |
| | Checking 1 | -1,696.26 | |
| | Hmo Medical | -145.95* | 3,794.70 |
| | 401K | -141.56* | 4,001.78 |
| | Expense Reimb | | -129.05 |
| | Postage | | 10.50 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.58 | 67.08 |
| 401K Match | | 1,000.49 |
| Sick Bal | | -1.16 |
| Vacation Bal | | 27.16 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,071.86

© 2000 ADP, Inc

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:  00000510064
Pay date:       12/20/2013

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2252 | xxxx xxxx | $1,696.26 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 036 |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000490062 | 1 |

# Earnings Statement



MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning:   11/16/2013
Period Ending:      11/29/2013
Pay Date:           12/06/2013

Taxable Marital Status:   Married
Exemptions/Allowances:
 Federal:  1
 FL:       No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number:   XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 58,522.73 |
| Holiday | | 16.00 | | |
| Sick | | 12.00 | | |
| Bonus | | | | 4,815.00 |
| Gross Pay | | | $2,359.37 | 63,337.73 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -206.08 | 5,356.33 |
| Social Security Tax | | -137.40 | 3,704.72 |
| Medicare Tax | | -32.14 | 866.43 |
| **Other** | | | |
| Checking 1 | | -1,696.24 | |
| Hmo Medical | | -145.95* | 3,648.75 |
| 401K | | -141.56* | 3,800.22 |
| Expense Reimb | | | -129.05 |
| Postage | | | 10.50 |
| Net Pay | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.58 | 64.50 |
| 401K Match | | 950.10 |
| Sick Bal | | -2.70 |
| Vacation Bal | | 22.54 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Wed 11/20 | SICK | | | | 8.00 |
| Thu 11/21 | SICK | | | | 4.00 |
| Thu 11/28 | HOLDAY | | | | 8.00 |
| Fri 11/29 | HOLDAY | | | | 8.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,071.86

© 2000 ADP, Inc

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:   00000490062
Pay date:        12/06/2013

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2252 | xxxx xxxx | $1,696.24 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 038 |
|---|---|---|---|---|---|
| RF2 | 000629 | MK0100 | | 0000470062 | 1 |

## Earnings Statement 

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning: 11/02/2013
Period Ending: 11/15/2013
Pay Date: 11/22/2013

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    1
  FL:         No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number: XXX-XX-7593

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 56,163.36 |
| Bonus | | | | 4,815.00 |
| **Gross Pay** | | | **$2,359.37** | 60,978.36 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206.08 | 5,150.25 |
| | Social Security Tax | -137.39 | 3,567.32 |
| | Medicare Tax | -32.13 | 834.29 |
| | **Other** | | |
| | Checking 1 | -1,825.31 | |
| | Hmo Medical | -145.95* | 3,502.80 |
| | 401K | -141.56* | 3,658.66 |
| | Expense Reimb | | -129.05 |
| | Postage | | 10.50 |
| | **Adjustment** | | |
| | Expense Reimb | +129.05 | |
| **Net Pay** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.58 | 61.92 |
| 401K Match | | 914.71 |
| Sick Bal | | 7.76 |
| Vacation Bal | | 17.92 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,071.86

© 2000 ADP, Inc

MOREDIRECT , INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number: 00000470062
Pay date: 11/22/2013

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2252 | xxxx xxxx | $1,825.31 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

| CO  | FILE   | DEPT   | CLOCK | VCHR NO | 035 |
|-----|--------|--------|-------|---------|-----|
| RF2 | 000629 | MKC100 |       | 0000450085 | 1 |

# Earnings Statement 

MOREDIRECT, INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Period Beginning: 10/19/2013
Period Ending: 11/01/2013
Pay Date: 11/08/2013

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 1
    FL: No State Income Tax

ANA CALDERON
5329 NW 116 AVE
CORAL SPRINGS FL 33076

Social Security Number: XXX-XX-7593

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2359.37 | | 2,359.37 | 53,803.99 |
| Sick | | 12.00 | | |
| Bonus | | | | 4,815.00 |
| **Gross Pay** | | | **$2,359.37** | 58,618.99 |

| **Deductions** | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -206.08 | 4,944.17 |
| | Social Security Tax | -137.39 | 3,429.93 |
| | Medicare Tax | -32.13 | 802.16 |
| | **Other** | | |
| | Checking 1 | -1,696.26 | |
| | Hmo Medical | -145.95* | 3,356.85 |
| | 401K | -141.56* | 3,517.10 |
| | Postage | | 10.50 |
| **Net Pay** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 2.58 | 59.34 |
| 401K Match | | 879.32 |
| Sick Bal | | 6.22 |
| Vacation Bal | | 14.84 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Fri 10/25 | SICK | | | | 8.00 |
| Tue 10/29 | SICK | | | | 4.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,071.86

© 2000 ADP, Inc

MOREDIRECT , INC.
1001 YAMATO ROAD SUITE 200
BOCA RATON FL 33431
COMPANY PH#: 561-237-3345

Advice number:  00000450085
Pay date:  11/08/2013

Deposited to the account of
ANA CALDERON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2252 | xxxx xxxx | $1,696.26 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**